# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Ikenna Ofili, | No. CV-26-03399-PHX-RM (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

Petitioner challenged his present immigration detention, arguing that he is wrongfully subject to mandatory detention, that the denial of a renewed bond hearing violates 8 U.S.C. § 1226(a), and that his prolonged detention violates his due process rights. (Doc. 1.)  The Court directed Respondents to show cause why the Petition should not be granted.  (Doc. 6.)  Respondents' response stated:

> Respondents do not oppose Petitioner's request for a bond hearing pursuant to 8 U.S.C. § 1226(a).

(Doc. 8.)

But Respondents do not address the remainder of Petitioner's claims—in particular, that he is subject to unconstitutionally prolonged detention under the Fifth Amendment and therefore entitled to release.  The Court therefore finds these issues waived.  *United States v. Kimble*, 107 F.3d 712, 715 n.2 (9th Cir. 1997) ("[B]ecause this argument was not coherently developed in his briefs on appeal, we deem it to have been abandoned.").

The Petition will therefore be granted, and Petitioner will be ordered released from

custody immediately. *Munaf v. Geren*, 553 U.S. 674, 693 (2008) ("The typical remedy for [unlawful] detention is, of course, release."); *see also Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973) ("[T]he traditional function of the writ is to secure release from illegal custody.").

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondents must **immediately release** Petitioner from custody under the same conditions that existed before his redetention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within **two (2) business days** of Petitioner's release.

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 29th day of May, 2026.

_____
Honorable Rosemary Márquez
United States District Judge